IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

DEBRA B.,[1]

        Plaintiff,

    v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

        Defendant.

_____

Case No. 3:17-cv-1390-MK

**OPINION AND ORDER**

**MCSHANE, Judge**:

      Magistrate Judge Jolie A. Russo filed a Findings and Recommendation ("F&R"), ECF

No. 15, and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P.

72(b). Plaintiff timely filed objections to the F&R. ECF No. 20. Accordingly, I have reviewed

the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v.*

*Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude

that the F&R is correct. Judge Russo's F&R is adopted in full. Consistent with Judge Russo's

F&R, and pursuant to Sentence 4 of 42 U.S.C. § 405(g), the decision of the Commissioner of

Social Security is AFFIRMED.

---

[1] In the interest of privacy, this Opinion and Order uses only the first name and the initial of the last name of both the non-governmental party in the case and any immediate family members of that party.

IT IS SO ORDERED.

DATED this 26th day of November, 2018.

/s/ Michael McShane
Michael J. McShane
United States District Judge